IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff | )<br>)<br>) |
| vs | ) Criminal No. 00-164<br>) |
| GEORGE WILLIAMS<br>　　　　　Defendant | )<br>)<br>) |

ORDER OF COURT

AND NOW, to wit, this __5th__ day of __June__, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleadings, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

　　Documents: 29, 67, 69

　　　　　　　　　　　　　　　　　　　_/s/ Arthur J. Schwab_
　　　　　　　　　　　　　　　　　　　Arthur J. Schwab
　　　　　　　　　　　　　　　　　　　U.S. District Judge